1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9  ROBERT A. TAYLOR,

10              Plaintiff,                    No. 2:11-cv-0460 JFM (PC)

11        vs.

12  MONROE DETENTION CENTER, et al.,

13              Defendant.              ORDER FOR PAYMENT

14  _____/       OF INMATE FILING FEE

15  To:  The Sheriff of Yolo County, Attention:  Inmate Trust Account, 41793 Gibson Road,

16  Woodland, California 95776:

17              Plaintiff, a county jail inmate proceeding pro se and in forma pauperis, is

18  obligated to pay the statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial

19  partial filing fee of 20 percent of the greater of (a) the average monthly deposits to plaintiff's trust

20  account; or (b) the average monthly balance in plaintiff's account for the 6-month period

21  immediately preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that

22  initial partial filing fee, plaintiff will be obligated to make monthly payments in the amount of

23  twenty percent of the preceding month's income credited to plaintiff's trust account.  The Sheriff

24  of Yolo County is required to send to the Clerk of the Court the initial partial filing fee and

25  thereafter payments from plaintiff's prison trust account each time the amount in the account

26  exceeds $10.00, until the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1       Good cause appearing therefore, IT IS HEREBY ORDERED that:

2       1.  The Sheriff of Yolo County or a designee shall collect from plaintiff's prison

3   trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. §

4   1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  Said

5   payment shall be clearly identified by the name and number assigned to this action.

6       2.  Thereafter, the Sheriff of Yolo County or a designee shall collect from

7   plaintiff's prison trust account monthly payments from plaintiff's prison trust account in an

8   amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's

9   trust account and forwarding payments to the Clerk of the Court each time the amount in the

10  account exceeds $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee

11  for this action has been paid in full.  The payments shall be clearly identified by the name and

12  number assigned to this action.

13      3.  The Clerk of the Court is directed to serve a copy of this order and a copy of

14  plaintiff's signed in forma pauperis affidavit on Sheriff of Yolo County, Attention:  Inmate Trust

15  Account, 41793 Gibson Road, Woodland, California 95776.

16      4.  The Clerk of the Court is directed to serve a copy of this order on the Financial

17  Department of the court.

18  DATED: March 25, 2011.

19

20                                  UNITED STATES MAGISTRATE JUDGE

21

22  /kly
    tayl0460.cdcyolo
23

24

25

26

                                        2